IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHESTER ARTHUR JOHNSON,

      Plaintiff,                                  No. CIV S-06-1514 GEB GGH P

      vs.

BILL LOCKYER, et al.,

      Defendants.                     ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

\\\\\

\\\\\

1

1       2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: 8/9/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
john1514.3c